# EXHIBIT B

Form 2 - AFFIDAVIT OF SERVICE


P4500138

**ELEFTERAKIS, ELEFTERAKIS & PANEK**     Civil Rights Wolf Pamphile
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

ABDELRAHMAN HASSAB EL NABI

PLAINTIFF

- vs -

CITY OF NEW YORK, ETAL

DEFENDANT

index No. **152835/2021**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **APRIL 2021, 3:00PM** at

**C/O STRATEGIC RESPONSE GROUP 4
137-58 NORTHERN BLVD
FLUSHING, NY 11354**
I served the **SUMMONS AND VERIFIED COMPLAINT** upon **SERGEANT MATTHEW TOCCO, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents
with **(JOHN) HOCKADAY (REFUSED FULL NAME), SERGEANT**, a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **BLACK** HAIR: **BALD**
APP.AGE: **50** APP. HT: **5'6** APP. WT: **160**
OTHER IDENTIFYING FEATURES
**BADGE 986**

On **04/14/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
13TH day of APRIL, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-JE1-4500138

==================================================================

Index No. 152835/2021

SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

==================================================================

ABDELRAHMAN HASSAB EL NABI

               PLAINTIFF

      - against -
CITY OF NEW YORK, ETAL

               DEFENDANT
==================================================================

SUMMONS AND VERIFIED COMPLAINT


==================================================================

ELEFTERAKIS, ELEFTERAKIS & PANEK

80 PINE STREET, 31ST FLOOR

NEW YORK, NY 10005

212-532-1116

Form 2 - AFFIDAVIT OF SERVICE


P4500120

**ELEFTERAKIS, ELEFTERAKIS & PANEK**   Civil Rights Wolf Pamphile
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

ABDELRAHMAN HASSAB EL NABI
                                                    PLAINTIFF
                            - vs -
CITY OF NEW YORK, ETAL
                                                    DEFENDANT

index No. **152835/2021**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **APRIL 2021, 3:00PM** at

**C/O STRATEGIC RESPONSE GROUP 4
137-58 NORTHERN BLVD
FLUSHING, NY 11354**
I served the **SUMMONS AND VERIFIED COMPLAINT** upon **POLICE OFFICER STEPHEN CENTORE, SHIELD #31854, the DEFENDANT,** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **(JOHN) HOCKADAY (REFUSED FULL NAME), SERGEANT,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **BLACK** HAIR: **BALD**
APP.AGE: **50** APP. HT: **5'6** APP. WT: **160**
OTHER IDENTIFYING FEATURES
**BADGE 986**

On **04/14/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
13TH day of APRIL, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-JE1-4500120

====================================================================

Index No. 152835/2021

SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

====================================================================

ABDELRAHMAN HASSAB EL NABI

              PLAINTIFF

     - against -
CITY OF NEW YORK, ETAL

              DEFENDANT
====================================================================

SUMMONS AND VERIFIED COMPLAINT


====================================================================

ELEFTERAKIS, ELEFTERAKIS & PANEK


80 PINE STREET, 31ST FLOOR

NEW YORK, NY 10005


212-532-1116