
AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Abdelrahman Hassab El Nabi
  Plaintiff(s),

V.

City of New York, et al.,
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-03768 (LAK)

Notice is hereby given that, subject to approval by the court, **Abdelrahman Hassab El Nabi** substitutes
(Party(s) Name)

**TAHANIE A. ABOUSHI**, State Bar No. **4813689** as counsel of record in
(Name of New Attorney)

place of **GABRIEL PAUL HARVIS, ESQ. and BAREE NICHOLE FETT, ESQ.**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Aboushi Law Firm, PLLC
Address: 1441 Broadway, Fifth Floor, New York, NY 10018
Telephone: (212) 391-8500   Facsimile (212) 391-8508
E-Mail (Optional): tahanie@aboushi.com

I consent to the above substitution.
Date: June 21, 2022
(Signature of Party(s))

I consent to being substituted.
Date: June 27, 2022
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: June 21, 2022
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]