UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ABDELRAHMAN HASSAB EL NABI,

                              Plaintiff,

-against-

CITY OF NEW YORK ET AL,

                              Defendants.
-------------------------------------------------------------------X

**ORDER**

**21-CV-3768 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on August 23, 2022 for settlement. Dkt. No. 29. The Court is available in the afternoons on September 13, 20, and 27, as well as the first week of October. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide at least two mutually agreeable dates for a settlement conference by **August 26, 2022**.

       SO ORDERED.

DATED:    New York, New York
               August 23, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge