UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ABDELRAHMAN HASSAB EL NABI,

                Plaintiff,

-against-

CITY OF NEW YORK ET AL,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-3768 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **October 11, 2022 at 9:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. The parties must review Judge Willis's Standing Order for All Cases Referred for Settlement and prepare pre-conference submissions accordingly. Pre-conference submissions must be received by the Court no later than **October 3, 2022**.

      SO ORDERED.

DATED:    New York, New York
                August 24, 2022

                                                                                _____
                                                                                  JENNIFER E. WILLIS
                                                                                  United States Magistrate Judge