


MEMO ENDORSED

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRIAN FRANCOLLA
*Senior Counsel*
phone: (212) 356-3527
fax: (212) 356-3509
bfrancol@law.nyc.gov

November 4, 2022

**BY ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Abdelrahman Hassab el Nabi v. City of New York, et al.</u>, 21 Civ. 3768 (LAK)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Sergeant Matthew Tocco, Police Officer Stephen Centore, and Deputy Inspector Elias Nikas. In that capacity, I write jointly with plaintiff's counsel, Tahanie Aboushi, Esq., to provide the Court with a status update pursuant to the Court's October 19, 2022 Order. The parties appeared as scheduled for a continued settlement conference before the Honorable Jennifer E. Willis, United States Magistrate Judge, on November 1, 2022, at 10:00 a.m. At the conclusion of that conference, Magistrate Judge Willis issued a mediator proposal that, if accepted by both sides, would resolve this matter. The parties have until November 10, 2022, in order to provide Magistrate Judge Willis with a response to that proposal. Accordingly, we respectfully request that the limited stay of discovery remain in place pending the parties' respective decisions as to whether or not to accept Magistrate Judge Willis' mediator proposal. Should the Court grant this request, the parties propose filing a status update on or before November 11, 2022, advising the Court as to whether this matter has settled or, in the event we are unable to reach an agreement, with an updated schedule for the completion of discovery.

- 2 -

The parties thank the Court for its consideration herein.

Respectfully submitted,

/s/

Brian Francolla
*Senior Counsel*
Special Federal Litigation Division

cc: all counsel of record

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

11/7/22