



**MEMO ENDORSED**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BRIAN FRANCOLLA**
*Senior Counsel*
phone: (212) 356-3527
fax: (212) 356-3509
bfrancol@law.nyc.gov

November 10, 2022

**BY ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Abdelrahman Hassab el Nabi v. City of New York, et al.</u>, 21 Civ. 3768 (LAK)

Your Honor:

    The parties write jointly to advise the Court that this matter has settled. The requisite settlement paperwork will be submitted to the Court shortly for endorsement.

    The parties thank the Court for its consideration herein.

Respectfully submitted,

/s/

Brian Francolla
*Senior Counsel*
Special Federal Litigation Division

cc: all counsel of record

*[Handwritten:]* Case dismissed with prejudice and without costs, subject to right of either side to reinstate by filing a notice of reinstatement on or before December 9, 2022 if the paperwork has not been supplied by then.

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
11/14/22