# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor
New York, NY 10018
Telephone: (212) 391-8500
Facsimile: (212) 391-8508
www.Aboushi.com**

MEMO ENDORSED  

December 01, 2022

**BY ECF**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    El Nabi v. City of New York
               Docket No. 21- CV-03768 (LAK)

Dear Judge Kaplan,

    We are counsel for Plaintiff and write jointly with counsel for Defendants to request an extension of time to file the settlement paperwork. Your Honor ordered the settlement paperwork to be filed by December 09, 2022, Dkt. No. 41. The parties respectfully request an extension until December 30th so that other non-material issues may be resolved as well.

    We thank Your Honor for your time and attention to this matter.

Respectfully,

/s/
Tahanie A. Aboushi

/s/
J. Remy Green
Elena L. Cohen
**Cohen&Green P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

SO ORDERED
Granted
LEWIS A. KAPLAN, USDJ
12/5/22

cc: All counsel of record via ECF