UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

ABDELRAHMAN HASSAB EL NABI,

                                             Plaintiff,

-against-

CITY OF NEW YORK, SERGEANT MATTHEW TOCCO,
POLICE OFFICER STEPHEN CENTORE, Shield #31854,
DEPUTY INSPECTOR ELIAS NIKAS, AND JOHN AND
JANE DOE 1-10,

                                              Defendants.
--------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 3768 (LAK)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
Nov 18, 2022

| | |
|---|---|
| THE ABOUSHI LAW FIRM<br>*Attorneys for Plaintiff*<br>1441 Broadway, Ste 5036<br>New York, New York 10018<br><br>By: _____<br>Tahanie Aboushi, Esq.<br>*Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Tocco, Centore, and Nikas*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Brian Francolla<br>*Senior Counsel* |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022