

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

January 4, 2023

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Hassab El Nabi v. Tocco, et al.*, 21 CV 3768 (LAK)

Your Honor:

    I am the former attorney for plaintiff in the above-referenced action. I write to respectfully request referral to the assigned United States Magistrate Judge for assistance in resolving this firm's charging lien.

    If it should please the Court, the undersigned represented plaintiff in connection with the claims presented in this action from August 2020 until June 2022. Plaintiff's current counsel assumed representation in July 2022 and the matter was settled approximately four months later.

    Once the settlement was announced on the docket, the undersigned attempted to resolve the lien. Despite significant efforts, counsel have been unable to agree as to the value of the lien and it appears that some degree of judicial intervention is required.

    Accordingly, and in the interest of minimally burdening the Court, the undersigned respectfully requests that the issue be referred to the Honorable assigned Magistrate Judge for further proceedings.

    Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc:    All Counsel