UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AMENDED

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

Plaintiff,   Hassab El Nabi,

-v-

21 CIV 3768  (LAK ) (JW   )

ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-5-23

Defendant.   Tocco, et al.

------------------------------------------------------------------  x

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*

Motion to fix the charging lien.

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  01/05/23

SO ORDERED

United States District Judge