UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ABDELRAHMAN HASSAB EL NABI,

                Plaintiff,

-against-

CITY OF NEW YORK ET AL,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-3768 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Plaintiff's former and current counsel shall appear for a conference regarding docket number 49 on **February 9, 2023 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

DATED:    New York, New York
                January 31, 2023

                                                  */s/ Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge