**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ABDELRAHMAN HASSAB EL NABI,   **ORDER**

          Plaintiff,   **21-CV-3768 (LAK) (JW)**

    -against-

CITY OF NEW YORK ET AL,

          Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Plaintiff's former and current counsel shall file a joint status letter regarding former counsel's charging lien by **March 13, 2023**.

    SO ORDERED.

DATED:   New York, New York
                February 9, 2023

                                                        */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge