

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

March 13, 2023

**VIA ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:     Ritch, et al. v. New York Eye and Ear Infirmary of Mount Sinai, et al.
         20 Civ. 7344 (JEW)**

Dear Judge Willis:

> The request for an extension is GRANTED.
>
> Defendants shall have until March 30, 2023 to file their motion for summary judgment. Plaintiff's opposing papers are due April 28, 2023. Defendants' Reply, if any, is due May 19, 2023.
>
> SO ORDERED.
>
> _Jennifer E. Willis_ (signature)
>
> Jennifer E. Willis
> United States Magistrate Judge
>
> March 14, 2023

    On behalf of our clients, New York Eye and Ear Infirmary of Mount Sinai, Dr. James C. Tsai, and the Mount Sinai Health System, Inc., I write to request a two week extension, from March 16, 2023 to March 30, 2023, for Defendants to file a motion for summary judgment.  The reason for this request is that I must prepare for and attend physical therapy sessions on Tuesday and Thursday this week and next which will take most of the day and will make it very difficult to file the motion by the current deadline.  I also request that the time for Plaintiffs to file opposing papers be extended from April 14, 2023 to April 28, 2023, and the time for Defendants to file their reply be extended from May 5, 2023 to May 19, 2023.  This is the first request for an extension of time to file a dispositive motion..

    Counsel for Plaintiffs consents to this request.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:     David A. Bythewood, Esq., Attorney for Plaintiffs (via ECF)

akerman.com