```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK


HASSAB EL NABI,                        : Docket #21-cv-03768

                    Plaintiff,         :

     -against-                         :

TOCCO, et al,                          : New York, New York
                                         February 9, 2023
                    Defendants.

---------------------------------:

                       PROCEEDINGS BEFORE
                 THE HONORABLE JENNIFER E. WILLIS
                  UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

For Plaintiff:      THE ABOUSHI LAW FIRM
                    BY:  TAHANIE AHMAD ABOUSHI, ESQ.
                    1441 Broadway, Sutie 5036
                    New York, New York 10018


For Plaintiff:      ELEFTERAKIS, ELEFTERAKIS & PANEK
                    BY:  GABRIEL P. HARVIS, ESQ.
                         BAREE N. FETT, ESQ.
                    80 Pine Street, 38th Floor
                    New York, New York 10005



Transcription Service: Marissa Mignano Transcription
                       Phone:  (631) 813-9335
                       E-mail:marissamignano@gmail.com



Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

INDEX

E X A M I N A T I O N S

| Witness | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|
| None | | | | |

E X H I B I T S

| Exhibit Number | Description | ID | In | Voir Dire |
|---|---|---|---|---|
| None | | | | |

```
 1
 2              THE DEPUTY CLERK:  All rise.  Judge
 3   Jennifer Willis is now presiding.  Court is now in
 4   session.
 5              THE COURT:  You may be seated.
 6              THE DEPUTY CLERK:  Good morning, Your
 7   Honor.
 8              THE COURT:  Good morning.
 9              THE DEPUTY CLERK:  We're here for El Nabi
10   v. City of New York, 21-cv-3768.  I just ask that
11   attorneys rise and state their name for the record.
12              MS. ABOUSHI:  Morning, Your Honor.  Tahanie
13   Aboushi of the Aboushi Law Firm.  I don't know if
14   you need me to enter an appearance on behalf of
15   anybody or just --
16              THE COURT:  No --
17              MS. ABOUSHI:  I'm here.
18              THE COURT:  I think not.
19              MS. ABOUSHI:  Okay.  Thank you.
20              MR. HARVIS:  Good morning, Your Honor.
21   Gabriel Harvis of Elefterakis, Elefterakis & Panek.
22              MS. FETT:  Good morning, Your Honor.  Baree
23   Fett from the same firm.
24              THE COURT:  All right. Good morning to you
25   all.  So what we're here for is that original
```

1  counsel has entered a charging lien with respect to
2  the settlement that was reached on behalf of Mr. El
3  Nabi.
4             I guess I'll -- why don't I start by sort
5  of just making some factual determinations.  There
6  had been some discussion in the letters about the
7  possibility that the original firm had been fired or
8  removed or replaced, whatever language we want to
9  use for cause, and that as a result of that would
10 not be entitled essentially to anything from the
11 settlement.  And I had asked for some documents to
12 review in camera from that firm about their
13 communication with their former clients.  And based
14 upon that review, I do not believe that they, in
15 fact, were terminated for cause.  So I justed wanted
16 to sort of make that determination up front.
17            Another, sort of, factual issue that I
18 wanted to spread of record is that in the letters,
19 there was some discussion about, I guess,
20 essentially the value added by each set of
21 attorneys.  And it is certainly true that it is the
22 second counsel who was able to carry this case
23 through to settlement.  But sort of factually, one
24 aspect of that that I did want to sort of put before
25 the parties is that it is true that the City went

```
 1    from a no pay to a pay position under the
 2    stewardship of second counsel.  But when we came
 3    in -- we had two settlement conferences and when we
 4    came in for the first conference, the City was still
 5    in a, I'll call it, minimal pay position.  So they
 6    had moved from there, we won't pay anything to were
 7    willing to pay something, but it was sort of a they
 8    were willing to make a minimal payment, a nominal
 9    payment.  There had been an expert that had been
10    retained by new counsel.  However, the report,
11    preliminary report from that expert had been
12    provided to the City in such proximity to the
13    settlement conference that the City had not been
14    able at that time to look at that report, to grapple
15    with it, to take it up the chain of command.  So it
16    had no effect at that initial conference on their
17    position because they hadn't been able to
18    incorporate that.  And we adjourned the first
19    conference in part so that they could grapple with
20    that expert report.  But without going into the
21    detail of my conversations in private session with
22    the City, what I can report is that it is not there
23    grappling with the expert reports that change their
24    position from sort of minimal or nominal pay to
25    where we in fact, it ended up in this case.  That
```

```
 1    was based on some investigation of witnesses and
 2    officers and the like that the corporation counsel
 3    attorney undertook.  And the results of those
 4    conversations, I don't want to say it had no effect,
 5    so I don't want to say that.  But the results of
 6    those conversations in the main was what changed
 7    their viewpoint on the case in terms of their
 8    understanding of the facts of what happened or did
 9    not happen and the lens into what a trial might look
10    like for the City.
11            So I don't want to overstate and say that
12    that expert report had -- did not become part of the
13    conversation, but certainly based on my private
14    sessions with the City, they're obviously not here
15    and they don't need to be here today, this is not
16    their issue, but even though we obviously did come
17    to a settlement and come to an agreement, I cannot
18    remember now which parts of what they told me they
19    said were all right to share and which parts
20    weren't.  And so that's why I'm being a little vague
21    because they're not here and I don't want to even
22    after the facts that have breached any competences.
23    But I can certainly report based on those
24    conversations that there was independent
25    investigation that they undertook that was the main
```

```
 1    driver behind taking them from a sort of nominal pay
 2    position to the place where the case ended up.
 3              So those are just sort of two factual
 4    things that I think are part of the discussion.  One
 5    was original counsel terminated for cause.  I do not
 6    believe that they were, so that is my finding.
 7    Number two there's obviously no way for any of us to
 8    know entirely where a final number comes from and
 9    all the things that went into that.  So it's
10    certainly true that they went from no pay to a pay
11    position with new counsel, but the place where they
12    came into settlement discussions was quite a
13    different number than where the case ultimately
14    ended.  And that I can absolutely represent based on
15    my conversations with the City were in the main due
16    to investigation that they undertook to speak to
17    various witnesses so that they would have a clearer
18    understanding of what in fact happened on the
19    street.  And based on the results of that, that is
20    what drastically changed the position of where we
21    ended up in terms of the settlement.  So that's sort
22    of not anything that any of the counsel here could
23    have known because there's some things that are
24    shared from one side to another but some things that
25    are happening in private session as one side or
```

```
 1    another sort of moves and some of that might have
 2    been shared the day of.  Frankly, I can't remember
 3    how much of it was shared but I definitely recall
 4    that aspect of my conversation with corporation
 5    counsel because it was a significant move on their
 6    part and our discussions about what was causing that
 7    move and why they should move further based upon
 8    this new information they had learned.
 9              So I wanted to provide that as sort of a
10    factual backdrop to the ultimate settlement because
11    I think it does bear on who's entitled to what.
12              Last thing I'll say and I'll turn to the
13    parties.  I am not in a position to sort of
14    micromanage how the compensation for attorneys
15    should be dealt with.  I obviously don't have a copy
16    of any contract that anyone had with Mr. El Nabi.  I
17    don't know what -- I mean, how many hours first firm
18    put in versus second firm or anything like that.
19    But to the extent that this question of was the
20    first firm terminated for cause, which obviously
21    would affect the ability to recover at all, and then
22    sort of factually just to add to this piece about
23    what ultimately drove the number that was received,
24    again, in the main, I think that was that
25    independent investigation.  So that's what I think I
```

```
 1    can do.  I don't think I would be in a position to
 2    sort of say 65 -- I can't even, right, any kind of
 3    percentage that just seems to be something that the
 4    attorneys need to discuss.  But it does seem to me
 5    that the first firm based on not being fired for
 6    cause is entitled to something based on their
 7    hearing lien.
 8             So that is sort of what I have done between
 9    receiving your letters and appearing here today.
10    But I'll hear from second counsel first if there's
11    anything additional that you want to say.
12             MS. ABOUSHI:  Thank you, Your Honor.  I
13    don't think there's anything additional but more as
14    to what do you anticipate being the course for today
15    going forward from here?
16             THE COURT:  It seems to me that based upon
17    my ruling that the first firm was not fired for
18    cause.  Because, again, had they been, I don't think
19    that they recover with respect to the charging lien.
20    And so discussions -- typically discussions of this
21    type, who gets what percentage, are things that
22    there's sort of a meet and conferral amongst
23    counsel.  But when you were operating with these
24    different views about either does the first firm get
25    nothing, essentially, or do they get something, I
```

```
 1    don't think that those conversations -- I obviously
 2    wasn't privy to those conversations, but I would
 3    assume they didn't go very far.  Because if the
 4    perspective is you get nothing and the other
 5    perspective is we get something, there's not a lot
 6    of compromise between those two possessions.  And
 7    essentially what I'm saying is because they were not
 8    fired for cause, they get something.  The
 9    determination of what that is to be, it seems to me
10    that that is a conversation which the lawyers should
11    have.  And if, again, you're not able to reach some
12    kind of agreement then perhaps we might need to
13    delve further into well, here's what my contract was
14    with Mr. El Nabi, well, here's the hours that we
15    billed.  But I would hope that I don't need to get
16    that granular into the situation.  That would sort
17    of be highly unusual, and I'm certainly in no
18    position to do that right now because neither side
19    has -- side -- neither sets of lawyers have
20    submitted those sorts of documentations because I
21    don't think we were at that stage.  So in
22    anticipation of this conference, I wanted to make
23    that in camera review.  And I thought that there was
24    information that would be useful about how the
25    settlement sort of unfurled to make everyone aware
```

```
 1    of that that could kind of inform the discussions.
 2    But I'm not really sure that substantively there's a
 3    lot more ground to cover right now.  That's sort of
 4    my perspective.
 5            I'll turn to the first firm to sort of hear
 6    from you.  Perhaps you think differently, but I
 7    don't think there's sort of more determinations that
 8    I can make at this point with the information that I
 9    have.  I'd be making up something, like, 50/50.  I'd
10    be making something up.  That would be unwise to do
11    because I just am not in a position to make that
12    kind of determination.  I think it'd be unwise to
13    even try to.  So that's my perspective.
14            But again, I'll turn to the first firm to
15    see if you feel differently.
16            MR. HARVIS:  Thank you so much, Your Honor.
17    I don't feel differently.  I think -- I really
18    appreciate I think the approach of the Court is the
19    correct one.  I think this further information which
20    we had some inkling of but it's very helpful, I
21    think that sets us up.
22            This is my view.  That we should now confer
23    again between counsel now that we have the benefit
24    of this and we realize that it's unlikely to result
25    in a nothing for one party situation and maybe that
```

```
 1    will lead to some productive conversations.  We've
 2    certainly been enjoying speaking to Ms. Aboushi
 3    while we are waiting to see the Court.  So it seems
 4    like we're having a very nice working relationship.
 5    So I'm happy to explore that.
 6            What I would propose would be of some
 7    reasonable period of time for us to do that.  And
 8    then I think that the possibility of motion practice
 9    would be something that often causes the parties to
10    really kind of come to an agreement.  So if we could
11    kind of contemplate that and then have that as on
12    the horizon and hopefully not reach that point,
13    that's to me what I think would make the most sense
14    from here.
15            THE COURT:  So perhaps what we can do is
16    set a date for a status -- you're not parties -- a
17    status letter from both sets of counsel just saying
18    we've had conversations and nothing more to do here.
19    We've worked it out.  Obviously, if some agreement
20    is -- if there is some resolution, the details of
21    that does not need to be put on the docket.  It's
22    not even really case related.
23            MR. HARVIS:  Right.
24            THE COURT:  This is a side issue in terms
25    of the case, but just sort of letting me know it's
```

```
 1    taken care of or it is not, and further Court
 2    intervention is necessary.  And if further Court
 3    intervention is necessary, I think what that would
 4    entail would be both when you sort of do the
 5    research of the landscape on charging liens
 6    there's -- it's very -- there's the yes, you get
 7    something or no you don't sort of thing in terms of
 8    has there been termination for cause.  But beyond
 9    that, it's not as if there's going to be a lot of
10    guidance.  Oh, if one firm was on for -- make up
11    your number -- six months and another was on for a
12    year, it means it -- just doesn't because it's
13    extremely fact specific.
14              MR. HARVIS:  Yes.
15              THE COURT:  So I think what it would have
16    to sort of descend into would be, here's how long we
17    were on, here's how many man hours, woman hours went
18    into this thing, here's how much this, that and the
19    other, and then me sort of doing a thumb in the air
20    kind of thing to come up with something.
21              Again, if you all are not able to resolve
22    this and we sort of have to resort to that, we
23    could.  But this is not the kind of area where there
24    is going to be much guidance in terms of sort of
25    precedent because it is going to be so fact specific
```

```
 1    other than the legal determination I've already made
 2    about for cause.
 3            So I would say we give some date, perhaps a
 4    month.  I'll turn to you to see if that's enough for
 5    joint status letter, either saying, it's taken care
 6    of goodbye, everybody live the rest of your life, or
 7    we need more intervention.  But then we're
 8    essentially talking about sort of a deep dive into
 9    the records of x phone calls, x number of emails.
10            MR. HARVIS:  Yes.
11            THE COURT:  Who even knows what that would
12    look like.  But if that's where this goes, that's
13    what that would have to look like, because there's
14    not going to be anything beyond the legal
15    determination I've already made to sort of give
16    guidance.  And so then it's just going to be kind of
17    we put in this amount of work, I put in this amount
18    of work.  Again, there is the, they were at a no
19    pay, and they moved to a willing to pay before they
20    had done this more deep dive in terms of the
21    investigation.  And that certainly did happen with
22    new counsel.  So I want to acknowledge that.  Other
23    than sort of that fact, the rest of it is kind of
24    who put in how much time, and I don't know how much
25    real assistance, I can be there, but that's where
```

```
 1    this would have to go if, after the status letter,
 2    there has not been some agreement amongst the
 3    parties.
 4            I'll turn to new counsel.  Do you think
 5    that a month is sufficient?  If you need more time,
 6    that's certainly fine.  So that you can discuss with
 7    counsel, look at whatever you need to look at, they
 8    can look at, share whatever needs to be shared.  Do
 9    you think a month is enough time, or do you think
10    more time is needed?
11            MS. ABOUSHI:  I think that's more than
12    enough, Your Honor.  We've actually done a lot of
13    the exchanging.  We've had numerous settlement
14    discussions before reaching out to the Court, so
15    we'll probably pick up where we left off.
16            THE COURT:  Okay.  Mr. Davis, a month.
17            THE DEPUTY CLERK:  Yes, Your Honor, March
18    13.
19            THE COURT:  Okay.  So March 13 will be the
20    date to submit that.  And again, it doesn't need to
21    have any specifics other than, yes, it's resolved,
22    or no, it's not.  Then you set up a briefing
23    schedule for sort of phase two.  But you certainly
24    don't need to put any detail about what that
25    conversation entailed on the record.
```

```
 1              MR. HARVIS:  Sounds good.
 2              THE COURT:  All right.  So if there's
 3   nothing else, we'll be adjourned and have a good
 4   rest of your day.
 5              MR. HARVIS:  Thank you so much, Your Honor.
 6   Thank you.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3                     C E R T I F I C A T E
 4
 5         I, Marissa Mignano, certify that the foregoing
 6    transcript of proceedings in the case of
 7    HASSAB EL NABI v. TOCCO, ET AL., Docket #21-CV-03768,
 8    was prepared using digital transcription software and
 9    is a true and accurate record of the proceedings.
10
11
12    Signature  ___Marissa Mignano_____
13                        Marissa Mignano
14
15    Date:      March 21, 2023
16
17
18
19
20
21
22
23
24
25
```