# Detailed time report: All time

| | | | | | |
|---|---|---|---|---|---|
| **Total hours** | | | 1 Client | **Hassab El Nabi, Abdelrahman** | |
| **24.34** | | | Projects | **All projects** | |
| 0.00 Uninvoiced billable hours | | | Tasks | **All tasks** | |
| | | | Team | **Everyone** | |

| Client | Project | Task | Roles | Person | Hours | |
|---|---|---|---|---|---|---|
| 08/06/2020 | | | | | 1.20 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Meeting | N/A | Gabriel Harvis | 1.20 | 🔒 |
| | | Initial client intake meeting, review photos, videos and other evidence | | | | |
| 08/18/2020 | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Discovery | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Review cell phone video of arrest | | | | |
| 09/16/2020 | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | FOIL request to CCRB | | | | |
| 09/22/2020 | | | | | 0.20 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review File | N/A | Gabriel Harvis | 0.20 | 🔒 |
| | | Review client's medical status and treatment | | | | |
| 09/29/2020 | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Request from client ████████████████████████████ | | | | |
| | | | | **Total** | **24.34** | |

| Client | Project | Task | Roles | Person | Hours | |
|---|---|---|---|---|---|---|
| **10/07/2020** | | | | | 0.52 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Meeting | N/A | Gabriel Harvis | 0.42 | 🔒 |
| | | Zoom w client and paralegal to discuss ██████ ████████ ████ ██████ | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Phone Call | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | J. Merrill @ LAS re ████ ████████ ████ ██████ | | | | |
| **10/13/2020** | | | | | 0.20 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Meeting | N/A | Gabriel Harvis | 0.20 | 🔒 |
| | | w paralegal re coordination with immigration counsel and LAS ██████ ████ ████████; press strategy | | | | |
| **10/19/2020** | | | | | 0.20 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.20 | 🔒 |
| | | LAS re scheduling Zoom to ████ ████████ ████ | | | | |
| **10/20/2020** | | | | | 0.75 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Criminal complaint | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Meeting | N/A | Gabriel Harvis | 0.50 | 🔒 |
| | | Zoom w client, Jane Merrill, BNF re ████ ████████ ████ | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.15 | 🔒 |
| | | To Jane Merrill @ LAS re memorializing meeting and providing documents for criminal defense | | | | |
| **10/26/2020** | | | | | 1.00 | |
| | | | | **Total** | **24.34** | |

| Client | Project | Task | Roles | Person | Hours | |
|--------|---------|------|-------|--------|-------|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Pleadings | N/A | Gabriel Harvis | 0.75 | 🔒 |
| | | Draft/file notice of claim | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.25 | 🔒 |
| | | Exchange w/ Jane Merrill @ LAS re ███████████████████████ ███████████████████████ | | | | |
| 12/23/2020 | | | | | 0.30 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Notice of 50h hearing on Feb. 25, 2021 | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Phone Call | N/A | Gabriel Harvis | 0.20 | 🔒 |
| | | Client re ███████████████████████ | | | | |
| 12/28/2020 | | | | | 0.37 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Phone Call | N/A | Gabriel Harvis | 0.37 | 🔒 |
| | | Discuss ████████████ with client. ██████████████ ███████████████████████████ | | | | |
| 01/07/2021 | | | | | 0.20 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.20 | 🔒 |
| | | Exchange w Jane Merrill @ LAS re ███████████ | | | | |
| 01/26/2021 | | | | | 0.13 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Phone Call | N/A | Gabriel Harvis | 0.13 | 🔒 |
| | | CCRB regarding client's complaint | | | | |
| | | | | **Total** | **24.34** | |

| Client | Project | Task | Roles | Person | Hours | |
|---|---|---|---|---|---|---|
| 02/10/2021 | | | | | 0.50 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Certificate of disposition | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Pleadings | N/A | Gabriel Harvis | 0.40 | 🔒 |
| | | Draft and file supplemental notice of claim reflecting dismissal of charges | | | | |
| 02/24/2021 | | | | | 0.60 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Meeting | N/A | Gabriel Harvis | 0.60 | 🔒 |
| | | Zoom w client ▮▮▮▮▮▮ w BNF | | | | |
| 02/25/2021 | | | | | 2.30 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Meeting | N/A | Gabriel Harvis | 0.30 | 🔒 |
| | | ▮▮▮▮▮▮▮▮ | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Meeting | N/A | Baree Fett | 0.47 | 🔒 |
| | | ▮▮▮▮▮▮▮▮▮ | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Court Conference | N/A | Baree Fett | 1.00 | 🔒 |
| | | Attend defend 50h | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Phone Call | N/A | Baree Fett | 0.20 | 🔒 |
| | | w/client ▮▮▮▮ | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review File | N/A | Baree Fett | 0.33 | 🔒 |
| | | | | **Total** | **24.34** | |

| Client | Project | Task | Roles | Person | Hours | |
|---|---|---|---|---|---|---|
| | | Before prep w/client for 50h | | | | |
| **02/26/2021** | | | | | **0.10** | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Client re ▬▬▬▬▬▬ | | | | |
| **03/10/2021** | | | | | **0.40** | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.20 | 🔒 |
| | | 50h transcript | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Phone Call | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Client re ▬▬▬▬▬▬ | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Letter to client ▬▬▬▬ | | | | |
| **03/18/2021** | | | | | **1.82** | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review File | N/A | Gabriel Harvis | 0.40 | 🔒 |
| | | Re prepare summons and complaint | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Pleadings | N/A | Gabriel Harvis | 0.75 | 🔒 |
| | | Initial draft of summons and complaint w BNF | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Pleadings | N/A | Baree Fett | 0.67 | 🔒 |
| | | Draft pleadings w/GPH | | | | |
| **03/22/2021** | | | | | **0.70** | |
| | | | | **Total** | **24.34** | |

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Pleadings | N/A | Gabriel Harvis | 0.70 🔒 |
| | | Finalize and file summons and complaint | | | |

| 03/30/2021 | | | | | 0.20 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review File | N/A | Gabriel Harvis | 0.20 🔒 |
| | | Case review | | | |

| 03/31/2021 | | | | | 0.20 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.20 🔒 |
| | | Exchange w client re ███████████ | | | |

| 04/09/2021 | | | | | 0.10 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Affidavits of service | | | |

| 04/22/2021 | | | | | 0.10 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Affidavits of service | | | |

| 05/03/2021 | | | | | 0.10 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Notice of removal | | | |

| 05/13/2021 | | | | | 0.10 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Admin | N/A | Gabriel Harvis | 0.10 🔒 |
| | | File notice of appearance in SDNY | | | |

**Total** **24.34**

| Client | Project | Task | Roles | Person | Hours | |
|---|---|---|---|---|---|---|
| **05/19/2021** | | | | | 0.20 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Admin | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | File affidavit of service | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Notice of appearance by defense counsel | | | | |
| **05/28/2021** | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | ECF re 1983 Plan Participation | | | | |
| **06/02/2021** | | | | | 0.30 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | 1983 Plan, Court individual practices | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.20 | 🔒 |
| | | Exchange w para re provision of releases required under plan | | | | |
| **06/07/2021** | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Releases sent to City | | | | |
| **06/24/2021** | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Subpoenas for plaintiff's medical records served by CNY | | | | |
| | | | | **Total** | **24.34** | |

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
| | | | | | |

| 08/05/2021 | | | | | 0.30 |
|---|---|---|---|---|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.20 🔒 |
| | | Exchange w ACC re extension of time to answer complaint, adjourn plan deadlines | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Defs' letter request re exa | | | |

| 08/09/2021 | | | | | 0.10 |
|---|---|---|---|---|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Order resetting deadlines | | | |

| 08/23/2021 | | | | | 0.15 |
|---|---|---|---|---|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.15 🔒 |
| | | City's answer and affirmative defenses | | | |

| 08/25/2021 | | | | | 0.10 |
|---|---|---|---|---|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Order regarding Plan mediation | | | |

| 09/13/2021 | | | | | 3.40 |
|---|---|---|---|---|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.20 🔒 |
| | | Letter from ACC enclosing BWC footage and demanding withdrawal of claims | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.50 🔒 |
| | | 3 BWC clips | | | |

| | | | | **Total** | **24.34** |
|---|---|---|---|---|---|

| Client | Project | Task | Roles | Person | Hours | |
|---|---|---|---|---|---|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review File | N/A | Gabriel Harvis | 0.60 | 🔒 |
| | | Re prepare initial and limited plan disclosures | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Discovery | N/A | Gabriel Harvis | 1.20 | 🔒 |
| | | Draft initial and limited disclosure, prepare P1-103 and Video1-6 for production | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Email from ACC enclosing City's limited disclosures | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.30 | 🔒 |
| | | Exchange w defense counsel regarding analysis of evidence on BWC | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Discovery | N/A | Baree Fett | 0.50 | 🔒 |
| | | Work with GPH on drafting initial disclosures and limited disclosures | | | | |
| 09/14/2021 | | | | | 0.35 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | from ACC re enclosing CCRB and CPI histories | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.25 | 🔒 |
| | | Disciplinary summaries of individuals | | | | |
| 09/30/2021 | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Letter motion to substitute defense counsel | | | | |
| | | | | **Total** | **24.34** | |

| Client | Project | Task | Roles | Person | Hours | |
|--------|---------|------|-------|--------|-------|---|
| **10/01/2021** | | | | | 0.08 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review File | N/A | Gabriel Harvis | [0.08](#) | 🔒 |
| | | Case review re litigation deadlines | | | | |
| **10/05/2021** | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | [0.10](#) | 🔒 |
| | | To client ███████ | | | | |
| **10/06/2021** | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | [0.10](#) | 🔒 |
| | | To ACC re settlement demand | | | | |
| **10/18/2021** | | | | | 0.30 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | [0.20](#) | 🔒 |
| | | Exchange w mediator re scheduling mediation, proposed dates | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | [0.10](#) | 🔒 |
| | | Client re ███████████ | | | | |
| **10/19/2021** | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | [0.10](#) | 🔒 |
| | | Client re ████████████ | | | | |
| **10/20/2021** | | | | | 0.40 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | [0.10](#) | 🔒 |
| | | B. Francolla notice of appearance | | | | |

**Total**      **24.34**

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Phone Call | N/A | Gabriel Harvis | 0.20 🔒 |
| | | B. Francolla re substitution of defense counsel, status, discovery plan | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Order granting substitution | | | |
| 10/21/2021 | | | | | 0.10 |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Defense counsel, mediator re proposed dates | | | |
| 10/22/2021 | | | | | 0.10 |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 🔒 |
| | | From mediator explaining mediation scheduled for 11/23/21 w ex parte letter due 11/18. Potential call 11/19 or 11/22. | | | |
| 10/25/2021 | | | | | 0.35 |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Phone Call | N/A | Gabriel Harvis | 0.25 🔒 |
| | | B. Francolla re initial disclosures, case planning | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Defense counsel w link to initial disclosures | | | |
| 10/26/2021 | | | | | 0.10 |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Order re mediation scheduled | | | |
| 11/04/2021 | | | | | 0.20 |
| | | | | **Total** | **24.34** |

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Discovery | N/A | Gabriel Harvis | 0.20 🔒 |
| | | Review BWC | | | |
| **11/09/2021** | | | | | **0.40** |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.40 🔒 |
| | | Lengthy exchange w defense counsel re NYPD objection to settlement based on officer injury, case being tentatively designated no pay and mediation pointless, plan removal | | | |
| **11/10/2021** | | | | | **0.35** |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.25 🔒 |
| | | Exchange w defense counsel re letter to Court exempting from plan on provisional basis while further discovery conducted, confidentiality of BWC | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 🔒 |
| | | Defs' ltr to Ct re Plan exemption | | | |
| **12/28/2021** | | | | | **0.30** |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review File | N/A | Gabriel Harvis | 0.30 🔒 |
| | | Review BWC footage and accusatory instrument | | | |
| **02/08/2022** | | | | | **0.67** |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Discovery | N/A | Gabriel Harvis | 0.67 🔒 |
| | | Review additional BWC produced by CNY | | | |
| **02/11/2022** | | | | | **0.95** |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Correspondence | N/A | Gabriel Harvis | 0.45 🔒 |
| | | Ltr LAK re 16f | | | |
| | | | | **Total** | **24.34** |

| Client | Project | Task | Roles | Person | Hours | |
|--------|---------|------|-------|--------|-------|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Correspondence | N/A | Gabriel Harvis | 0.30 | 🔒 |
| | | Draft proposed ltr to LAK re discovery | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Circulate proposed letter to def counsel for review | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Correspondence | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Finalize and file letter | | | | |
| 02/14/2022 | | | | | 0.20 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Review (Other) | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | Scheduling order | | | | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Calendar | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | New schedule | | | | |
| 02/17/2022 | | | | | 0.10 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 | 🔒 |
| | | To client re ███████████ | | | | |
| 04/12/2022 | | | | | 0.75 | |
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | Discovery | N/A | Gabriel Harvis | 0.75 | 🔒 |
| | | Review add'l BWC | | | | |
| 05/29/2022 | | | | | 0.10 | |
| Hassab El Nabi, | Hassab El Nabi v | E-mail | N/A | Gabriel Harvis | 0.10 | 🔒 |

| | **Total** | **24.34** |
|---|---|---|

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
| Abdelrahman | CNY | | | | |

From client re ████████████████████████████████████
████████████████████████████████████████████

| 05/30/2022 | | | | | 0.10 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 🔒 |

To client ██████████████████████████████████████████████
████████████████████████████████

| 05/31/2022 | | | | | 0.20 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.20 🔒 |

Call, text and email █████████████████████████████████
██████████████████████

| 06/01/2022 | | | | | 0.10 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 🔒 |

Send follow up email to client ███████████████

| 06/03/2022 | | | | | 0.10 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 🔒 |

Reporter for The City re seeking video footage

| 06/13/2022 | | | | | 0.10 |
|------------|--|--|--|--|------|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 🔒 |

To client: ████████████████████ █ █ ██ █████████
█████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████

| 06/14/2022 | | | | | 0.10 |
|------------|--|--|--|--|------|

| | | | | **Total** | **24.34** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Hassab El Nabi, Abdelrahman | Hassab El Nabi v CNY | E-mail | N/A | Gabriel Harvis | 0.10 |
| | | Reporter re video footage | | | |
| | | | | **Total** | **24.34** |

# Detailed expense report: All time

Total expenses

## $1,596.39

| | |
|---|---|
| 1 Client | **Hassab El Nabi, Abdelrahman** |
| Projects | **All projects** |
| Categories | **All categories** |
| Team | **Everyone** |

| Date | Project | Category | Roles | Person | Amount | |
|---|---|---|---|---|---|---|
| Hassab El Nabi, Abdelrahman | | | | | $1,596.39 | |
| 09/18/2020 | Hassab El Nabi v CNY | Private Investigator | N/A | Gabriel Harvis | $864.39 | 🔒 |
| 03/22/2021 | Hassab El Nabi v CNY | Filing Fee | N/A | Gabriel Harvis | $210.00 | 🔒 |
| | New York Supreme Filing Fee | | | | | |
| 06/01/2022 | Hassab El Nabi v CNY | Service of Process | N/A | Gabriel Harvis | $522.00 | 🔒 |
| | Service of summons and complaint on defendants | | | | | |

| | | |
|---|---|---|
| | **Total** | **$1,596.39** |

# Expense report

Elefterakis, Elefterakis & Panek

---

**09/18/2020**         **$864.39**

---

Client     **Hassab El Nabi, Abdelrahman**
Project    **Hassab El Nabi v CNY**
Category   **Private Investigator**
Person    **Gabriel Harvis**

# Invoice



**From**

Elite Protection Services
3621 Avenue S
Brooklyn, NY, 11234
United States

**To**

Elefterakis, Elefterakis and Panek
80 Pine St New York, NY
38th floor
New York , NY, 10005
United States

**Invoice No.**
1337

**Date**
Sep 18 2020

**Invoice Due**
Sep 18 2020

**Purchase Order Number**
Hassab, El Nabi, Abdelrahman

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Investigation Hours | 09:00 | 85.00 | USD 765.00 |
| + Tax ( 8.875%) - USD 67.89 | | | |
| Miles | 30 | 0.55 | USD 16.50 |
| Clerical | 1 | 15.00 | USD 15.00 |

| | | |
|---|---|---|
| Sub Total | | 796.50 |
| Tax Total | | 67.89 |
| **Total** | | **USD 864.39** |
| **Paid to Date** | | **USD 0.00** |
| Balance | | |



**Email**: carl@epsinvestigators.com

**03/22/2021**                                    **$210.00**

---

Client       **Hassab El Nabi, Abdelrahman**
Project      **Hassab El Nabi v CNY**
Category     **Filing Fee**
Person       **Gabriel Harvis**

New York Supreme Filing Fee

**FW: NYSCEF Alert: New York - Torts - Other - <ASSIGNMENT OF INDEX NUMBER> 152835/2021 (Abdelrahman Hassab El Nabi v. City of New York et al)**

Gabriel Harvis <gharvis@elefterakislaw.com>
Tue 3/23/2021 4:02 PM
To: Wolf Pamphile <wpamphile@elefterakislaw.com>;Baree Fett <bfett@elefterakislaw.com>

---

**From:** efile@nycourts.gov <efile@nycourts.gov>
**Sent:** Tuesday, March 23, 2021 4:02:37 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** NYSCEF Alert: New York - Torts - Other - <ASSIGNMENT OF INDEX NUMBER> 152835/2021 (Abdelrahman Hassab El Nabi v. City of New York et al)

 **New York County Supreme Court**
**Assignment of Index Number**
**03/22/2021**

**Please Note**

You must serve the appropriate Notice of Electronic Filing in hard copy along with your commencement documents, all of which must bear full signatures. Proof of service of these documents must be e-filed as well. See our Forms page to select the appropriate notice to be served.

On 03/23/2021, at 4:02:37 PM, an index number was assigned to the case listed below.

**Case Information**

Index #: **152835/2021**
Caption: **Abdelrahman Hassab El Nabi v. City of New York et al**
Assigned Case Judge: **No Judge Assigned**

**Documents Received**

| Doc # | Document | Received Date |
|-------|----------|---------------|
| 1 | SUMMONS + COMPLAINT | 03/22/2021 |

**E-mail Service Notifications Sent**

| Name | Email Address |
|------|---------------|
| GABRIEL HARVIS | gharvis@eeplaw.com |

**Payment Information**

**Date:** 03/22/2021

**Method:** AMERICAN EXPRESS
**Total Fee Paid:** $210
**Authorization Code:** 262196

## Filing User

**GABRIEL HARVIS** | gharvis@eeplaw.com | 2125321116 | 80 Pine Street,  38th Floor, New York, NY  10005

*NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

***If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.***

**06/01/2022**                                    **$522.00**

---

Client      **Hassab El Nabi, Abdelrahman**
Project     **Hassab El Nabi v CNY**
Category    **Service of Process**
Person      **Gabriel Harvis**

Service of summons and complaint on defendants



**PM Legal, LLC**

75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

**INVOICE**

TAX ID # 13-3970350

Invoice Number: 10309808
Account: JE1
Invoice Date: 6/1/2021
**Invoice Total: $522.00**

Route: AS1

ELEFTERAKIS, ELEFTERAKIS & PANEK
80 PINE STREET, 31ST FLOOR
NEW YORK,NY 10005

---

File # :                              Your contact:  Civil Rights Wolf Pamphile
Index # :  152835/2021
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK
ABDELRAHMAN HASSAB EL NABI v. CITY OF NEW YORK, ETAL

| Job # | | Servee | Line item detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|---|
| 4436127 | 4/1/21 | CITY OF NEW YORK | | | | | $74.00 |
| | | *SUMMONS AND VERIFIED COMPLAINT* | | | | | |
| | | | CHARGE - Service in Manhattan | | | 64.00 | |
| | | | FILE CHARGE - E-file Affidavit | | | 10.00 | |
| 4436234 | 4/1/21 | DEPUTY INSPECTOR ELIAS NIKAS | | | | | $64.00 |
| | | *SUMMONS AND VERIFIED COMPLAINT* | | | | | |
| | | | CHARGE - Service in Bronx | | | 64.00 | |
| 4436168 | 4/6/21 | SERGEANT MATTHEW TOCCO | | | | | $64.00 |
| | | *SUMMONS AND VERIFIED COMPLAINT* | | | | | |
| | | | CHARGE - Service in Bronx | | | 64.00 | |
| 4436192 | 4/6/21 | POLICE OFFICER STEPHEN CENTORE, SHIELD #31854 | | | | | $64.00 |
| | | *SUMMONS AND VERIFIED COMPLAINT* | | | | | |
| | | | CHARGE - Service in Bronx | | | 64.00 | |
| 4500120 | 4/12/21 | POLICE OFFICER STEPHEN CENTORE, SHIELD #31854 | | | | | $64.00 |
| | | *SUMMONS AND VERIFIED COMPLAINT* | | | | | |
| | | | CHARGE - Service in Queens | | | 64.00 | |
| 4500138 | 4/12/21 | SERGEANT MATTHEW TOCCO | | | | | $64.00 |
| | | *SUMMONS AND VERIFIED COMPLAINT* | | | | | |
| | | | CHARGE - Service in Queens | | | 64.00 | |
| 4532891 | 4/21/21 | DEPUTY INSPECTOR ELIAS NIKAS | | | | | $64.00 |
| | | *SUMMONS AND VERIFIED COMPLAINT* | | | | | |
| | | | CHARGE - Service in Manhattan | | | 64.00 | |
| 4575866 | 5/11/21 | DEPUTY INSPECTOR ELIAS NIKAS | | | | | $64.00 |
| | | *SUMMONS AND VERIFIED COMPLAINT* | | | | | |
| | | | CHARGE - Service in Manhattan | | | 64.00 | |
| | | | | | | | **$522.00** |

**Invoice Total:**            **$522.00**

Page 1