UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDELRAHMAN HASSAB EL NABI,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　　　Defendants. | NOTICE OF MOTION<br>TO ENFORCE<br>CHARGING LIEN<br><br>21 CV 3768 (LAK) (JW) |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Gabriel P. Harvis and exhibits annexed thereto; the accompanying Memorandum of Law; upon all the prior pleadings and proceedings herein; and pursuant to the order dated May 9, 2023 (DE #60), Elefterakis, Elefterakis & Panek respectfully moves this Court, at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be selected by the Court, for an order enforcing the asserted charging lien.

**PLEASE TAKE FURTHER NOTICE** that substitute counsel's opposition is due by June 26, 2023.

Dated: 　　May 25, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　ELEFTERAKIS, ELEFTERAKIS & PANEK
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gabriel P. Harvis
　　　　　　　　　　　　　　　　　　　80 Pine Street, 38th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　(212) 532-1116
　　　　　　　　　　　　　　　　　　　gharvis@eeplaw.com

To:　　All Counsel (by ECF)