

**eeplaw.com**
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

May 25, 2023

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Hassab El Nabi v. Tocco, et al.*, 21 CV 3768 (LAK) (JW)

Your Honor:

    I am plaintiff's former counsel. In accordance with the order dated May 9, 2023 and with the consent of substitute counsel, I write to respectfully request leave to file the undersigned's declaration and supporting exhibits under seal. If it should please the Court, the exhibits contain confidential attorney-client communications and work-product that should not be publicly filed.

    Thank you for your consideration of this request.

                                                     Respectfully submitted,

                                                     Gabriel P. Harvis

cc:    All Counsel