

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116  F. 212.532.1176

New Jersey Office

> The request to file the declaration and supporting exhibits under seal is GRANTED. The Clerk of the Court is respectfully requested to close Dkt. No. 63.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> May 26, 2023

May 2[6], 2023

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Hassab El Nabi v. Tocco, et al.*, 21 CV 3768 (LAK) (JW)

Your Honor:

    I am plaintiff's former counsel. In accordance with the order dated May 9, 2023 and with the consent of substitute counsel, I write to respectfully request leave to file the undersigned's declaration and supporting exhibits under seal. If it should please the Court, the exhibits contain confidential attorney-client communications and work-product that should not be publicly filed.

    Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc:  All Counsel