# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Phone: (212) 391-8500**
**www.Aboushi.com**

June 21, 2023

**BY: ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
40 Foley Square, Room 228
United States Courthouse
New York, NY 10007

        Re:    El Nabi v. City of New York
                  21-cv-03768 (LAK) (JW)

Dear Hon. Willis,

    We represent Plaintiff Abdelrahman Hassab El Nabi in the above referenced matter. We write to request a two-week extension of time to file our opposition to previous counsel's motion from June 26, 2023 to July 10, 2023. We also seek leave from the court to file our opposition under seal along with exhibits, attorney declarations and Plaintiff's declaration to maintain attorney-client privilege. Prior counsel consents to both of these requests. Lastly, we respectfully request an additional five pages for our opposition motion. While we can answer the court's questions within the ten-page limit, there are additional arguments we would like to present to the court that require additional pages. Prior counsel does not consent to this request.

    As always, we thank the court for its time and attention to this matter.

                                              Respectfully Submitted,

                                              _____/s/_____
                                              Tahanie A. Aboushi, Esq.

/s/
J. Remy Green
Elena L. Cohen
**Cohen&Green P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385