# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Phone: (212) 391-8500**
**www.Aboushi.com**

---

June 21, 2023

**BY: ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
40 Foley Square, Room 228
United States Courthouse
New York, NY 10007

                Re:    **El Nabi v. City of New York**
                         **21-cv-03768 (LAK) (JW)**

Dear Hon. Willis,

      We represent Plaintiff Abdelrahman Hassab El Nabi in the above referenced matter. We write to request a two-week extension of time to file our opposition to previous counsel's motion from June 26, 2023 to July 10, 2023. We also seek leave from the court to file our opposition under seal along with exhibits, attorney declarations and Plaintiff's declaration to maintain attorney-client privilege. Prior counsel consents to both of these requests. Lastly, we respectfully request an additional five pages for our opposition motion. While we can answer the court's questions within the ten-page limit, there are additional arguments we would like to present to the court that require additional pages. Prior counsel does not consent to this request.

      As always, we thank the court for its time and attention to this matter.

                                                Respectfully Submitted,

                                                _____/s/_____
                                                Tahanie A. Aboushi, Esq.

Current Counsel's request is GRANTED in part and DENIED in part. The request to file under seal is GRANTED. The request for an extension is also GRANTED. The new deadline for Current Counsel to file an opposition is now July 10, 2023. The request for leave to submit additional pages is DENIED.

SO ORDERED.

_____
JENNIFER E. WILLIS
United States Magistrate Judge

June 22, 2023

/s/
J. Remy Green
Elena L. Cohen
**Cohen&Green P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385