## Ahn, Hong Jin (LAW)

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Wednesday, January 4, 2023 12:15 PM
**To:** Francolla, Brian (Law)
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

Cool

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176

     

**From:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Date:** Wednesday, January 4, 2023 at 12:14 PM
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

I can sure some of the insight of why one of these days once we're through this.

Get Outlook for iOS

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Wednesday, January 4, 2023 12:13:50 PM
**To:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

Yeah I just got it. More than I expected.

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176

# Ahn, Hong Jin (LAW)

| | |
|---|---|
| **From:** | Francolla, Brian (Law) |
| **Sent:** | Wednesday, January 4, 2023 12:15 PM |
| **To:** | Gabriel Harvis |
| **Subject:** | Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged |

I can sure some of the insight of why one of these days once we're through this.

Get Outlook for iOS

---

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Wednesday, January 4, 2023 12:13:50 PM
**To:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

Yeah I just got it. More than I expected.

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176

    

---

**From:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Date:** Wednesday, January 4, 2023 at 12:13 PM
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

It's pretty decent I think.

Get Outlook for iOS

---

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Wednesday, January 4, 2023 12:07:49 PM
**To:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

Thanks. It better be a big number after all this drama

1

## Ahn, Hong Jin (LAW)

**From:**      Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:**      Wednesday, January 4, 2023 12:14 PM
**To:**        Francolla, Brian (Law)
**Subject:**   Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged


Yeah I just got it. More than I expected.

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176



**From:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Date:** Wednesday, January 4, 2023 at 12:13 PM
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

It's pretty decent I think.

Get Outlook for iOS

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Wednesday, January 4, 2023 12:07:49 PM
**To:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

Thanks. It better be a big number after all this drama

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176

# Ahn, Hong Jin (LAW)

**From:** Francolla, Brian (Law)
**Sent:** Wednesday, January 4, 2023 12:14 PM
**To:** Gabriel Harvis
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

But man this is such a circus.

Get Outlook for iOS

**From:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Sent:** Wednesday, January 4, 2023 12:13:14 PM
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

It's pretty decent I think.

Get Outlook for iOS

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Wednesday, January 4, 2023 12:07:49 PM
**To:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

Thanks. It better be a big number after all this drama

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176



**From:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Date:** Wednesday, January 4, 2023 at 12:06 PM
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

Gave them the info and they said you'll get it today (info being stip of settlement). For whatever it's worth Tahanie said her intention was to let you know today also but obviously you don't need to wait on that now.

## Ahn, Hong Jin (LAW)

| | |
|---|---|
| **From:** | Francolla, Brian (Law) |
| **Sent:** | Wednesday, January 4, 2023 12:06 PM |
| **To:** | Gabriel Harvis |
| **Subject:** | Re: [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged |

Gave them the info and they said you'll get it today (info being stip of settlement). For whatever it's worth Tahanie said her intention was to let you know today also but obviously you don't need to wait on that now.

Get Outlook for iOS

---

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Wednesday, January 4, 2023 12:02:40 PM
**To:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Subject:** [EXTERNAL] FW: [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

FYI

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176

     

---

**From:** donotreply@records.nyc.gov <donotreply@records.nyc.gov>
**Date:** Wednesday, January 4, 2023 at 12:02 PM
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** [OpenRecords] Request FOIL-2023-025-00005 Acknowledged

The Law Department (LAW) has **acknowledged** your FOIL request FOIL-2023-025-00005.

You can expect a response on or about Wednesday, February 8, 2023.

Please visit FOIL-2023-025-00005 to view additional information and take any necessary action.

## Ahn, Hong Jin (LAW)

| | |
|---|---|
| **From:** | Gabriel Harvis <gharvis@elefterakislaw.com> |
| **Sent:** | Tuesday, January 3, 2023 4:11 PM |
| **To:** | Francolla, Brian (Law) |
| **Subject:** | Re: [EXTERNAL] FW: Activity in Case 1:21-cv-03768-LAK Hassab El Nabi v. Tocco et al Stipulation and Order of Dismissal |

Ok. I am filing a foil request now.

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176

     

**From:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Date:** Tuesday, January 3, 2023 at 4:09 PM
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** RE: [EXTERNAL] FW: Activity in Case 1:21-cv-03768-LAK Hassab El Nabi v. Tocco et al Stipulation and Order of Dismissal

Hey Happy New Year Gabe and thanks for the sentiment.

This is all so strange now as I presumed you knew.  I'm totally comfortable doing so, I just emailed Tahanie to see if she had some reason why I shouldn't (I can't fathom one, I just have enough issues on my plate I want to make sure I don't get in the middle of this one lol).  I'll let you know what she says and then let you know the amount unless there is something I'm missing.

Brian Francolla
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street, Room 3-142
New York, New York 10007
(tel.) 212-356-3527
(fax) 212-356-3509

1

## Ahn, Hong Jin (LAW)

| | |
|---|---|
| **From:** | Francolla, Brian (Law) |
| **Sent:** | Tuesday, January 3, 2023 4:12 PM |
| **To:** | Gabriel Harvis |
| **Subject:** | RE: [EXTERNAL] FW: Activity in Case 1:21-cv-03768-LAK Hassab El Nabi v. Tocco et al Stipulation and Order of Dismissal |

Can you call me quick on this?

Brian Francolla
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street, Room 3-142
New York, New York 10007
(tel.) 212-356-3527
(fax) 212-356-3509

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Tuesday, January 3, 2023 4:11 PM
**To:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Subject:** Re: [EXTERNAL] FW: Activity in Case 1:21-cv-03768-LAK Hassab El Nabi v. Tocco et al Stipulation and Order of Dismissal

Ok. I am filing a foil request now.

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176

      

**From:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Date:** Tuesday, January 3, 2023 at 4:09 PM
**To:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Subject:** RE: [EXTERNAL] FW: Activity in Case 1:21-cv-03768-LAK Hassab El Nabi v. Tocco et al Stipulation and Order of Dismissal

## Ahn, Hong Jin (LAW)

| | |
|---|---|
| **From:** | Francolla, Brian (Law) |
| **Sent:** | Tuesday, January 3, 2023 4:10 PM |
| **To:** | Gabriel Harvis |
| **Subject:** | RE: [EXTERNAL] FW: Activity in Case 1:21-cv-03768-LAK Hassab El Nabi v. Tocco et al Stipulation and Order of Dismissal |

Hey Happy New Year Gabe and thanks for the sentiment.

This is all so strange now as I presumed you knew.  I'm totally comfortable doing so, I just emailed Tahanie to see if she had some reason why I shouldn't (I can't fathom one, I just have enough issues on my plate I want to make sure I don't get in the middle of this one lol).  I'll let you know what she says and then let you know the amount unless there is something I'm missing.

Brian Francolla
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street, Room 3-142
New York, New York 10007
(tel.) 212-356-3527
(fax) 212-356-3509

**From:** Gabriel Harvis <gharvis@elefterakislaw.com>
**Sent:** Tuesday, January 3, 2023 3:36 PM
**To:** Francolla, Brian (Law) <bfrancol@law.nyc.gov>
**Subject:** [EXTERNAL] FW: Activity in Case 1:21-cv-03768-LAK Hassab El Nabi v. Tocco et al Stipulation and Order of Dismissal

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hey Brian, Happy new year. I hope all is well. Are you comfortable sharing the settlement amount with us at this point? My next step is a foil request lol

**Gabriel P. Harvis, Esq.**
**Partner / Co-Chair, Civil Rights Division**
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
T 212.532.1116
F 212.532.1176

    

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Date:** Tuesday, January 3, 2023 at 3:34 PM
**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>
**Subject:** Activity in Case 1:21-cv-03768-LAK Hassab El Nabi v. Tocco et al Stipulation and Order of Dismissal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 1/3/2023 at 3:32 PM EST and filed on 1/3/2023
**Case Name:**       Hassab El Nabi v. Tocco et al
**Case Number:**     1:21-cv-03768-LAK
**Filer:**
**WARNING: CASE CLOSED on 11/14/2022**
**Document Number:** 45

**Docket Text:**
**STIPULATION AND ORDER OF DISMISSAL: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that 1. The above-referenced action is hereby dismissed with prejudice; and 2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/3/2023) (mml)**

**1:21-cv-03768-LAK Notice has been electronically mailed to:**

Baree Nichole Fett      bfett@eeplaw.com

Gabriel Paul Harvis      gharvis@eeplaw.com

Brian Christopher Francolla      bfrancol@law.nyc.gov, ECF@law.nyc.gov

Tahanie Ahmad Aboushi     tahanie@aboushi.com, jay@aboushi.com

Andrew Galway Owen (Terminated)     aowen@law.nyc.gov, ECF@law.nyc.gov

Elena Louisa Cohen     elenacohenesq@gmail.com

John L Garcia (Terminated)     jgarcia@lhrgb.com

Remy Green     remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, remygreen@recap.email

**1:21-cv-03768-LAK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/3/2023] [FileNumber=28849989-0
] [11f814ebe9c016f217da3f73e027597dd3e1bd355ea80f888e2481a127492503504
de69a53ac8fe5629ecb9ffcdc5114694774aa5d5b92f08cb3bd6f44dcb1b1]]

**DISCLAIMER FOR ELECTRONIC COMMUNICATIONS NOTICE TO RECIPIENTS: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).